UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE

CASE NO. 07-20217-CIV-MORINO/SIMONTON

DARLENE RICKER,

    Plaintiff,

v.

CARNIVAL CORPORATION
and CHARLENE BOTHMAN,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    COMES NOW, Plaintiff, RICHARD PILKERTON, by and through undersigned counsel, who files this Notice of Settlement advising this Court that this matter was settled among all parties at mediation and, the parties, respectfully request this Court retain jurisdiction of this matter to enforce the settlement.

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some electronically Notices of Electronic Filing.

                LIPCON, MARGULIES & ALSINA, P.A.
Attorneys for Plaintiff
One Biscayne Tower, Suite 2480
2 S. Biscayne Boulevard
Miami, FL 33131
TEL: (305) 373-3016
FAX: (305) 373-6204
EMAIL: jmargulies@lipcon.com
BY:     s/ Jason R. Margulies
JASON R. MARGULIES
FL BAR NO. 57916

## SERVICE LIST

**DARLENE RICKER v. CARNIVAL CRUISE LINES& CHARLENE BOTHMAN**

**CASE NO.: 07-20217- CIV- MORINO/SIMONTON**

**United States District Court, Southern District of Florida**

Donnise Annette DeSouza
Carnival Cruise Lines
3655 NW 87th Avenue
Miami, Fl. 33178-2428
Tel:305-406-4838
Fax:305-406-5347
ddesouza@carnival.com
Attorney for Defendant Carnival Cruise Line
Electronically filed.

William S. Reese
Lane, Reese, Aulick, Summers & Ennis, P.A.
2600 Douglas Road, Suite 304
Coral Gables, FL 33134
Tel: 305-444-4418
Fax: 305-444-5504
wreese@florida-trial-attorneys.com
Attorney for Defendant Charlene Bothman
Electronically filed.