UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-20217-CIV-MORINO/SIMONTON

DARLENE RICKER,

        Plaintiff(s),

v.

CARNIVAL CRUISE LINES &
CHARLENE BOTHMAN,

        Defendant(s).

_____/

## MEDIATOR'S REPORT

Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **July 16, 2007 @ 11:00 A.M.**

__X__    AN AGREEMENT WAS REACHED.

_____    The Agreement is attached with consent of the parties.

_____    NO AGREEMENT WAS REACHED; IMPASSE.

_____    The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an Agreement is filed with the Court on or before ___/___/07, than this Matter shall be deemed at an impasse.

Cindy Niad Hannah, Esq., Florida Bar No. 438545
MF#: B-893